

SECRET

## Synopsis

| | |
|---|---|
| **Name:** | Brandon Wilson |
| **Address:** (City & State Only) | Hampden, Maine |
| **Year of Birth and Age:** | 1971/53 |
| **Violations:** | Evasion of Payment of Tax; 26 U.S.C. 7201 |
| **Penalties:** | Up to 5 years imprisonment, $250,000 fine, plus costs of prosecution; 26 U.S.C. § 7201, 18 U.S.C. 3571(b)(3) |
| **Supervised Release:** | Not more than 3 years; 18 U.S.C. §3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | 2 years; 18 U.S.C.§ 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | 3 years, less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C.§ 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | IRS, Benjamin Garant |
| **Detention Status:** | Not in custody; summons to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Ruge |
| **Guidelines apply?   Y/N** | Y |
| **Victim Case:** | N |
| **Corporate Victims Owed Restitution? Y/N** | N |
| **Assessments:** | $100 per count, 18 U.S.C. § 3013 |
| **Forfeiture? Y/N** | N |